U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

APR 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FRANKLIN ANTONIO MORENO-BRAVO | : | DOCKET NO. 2:06-cv-675 |
| VS. | : | JUDGE TRIMBLE |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that petitioner's challenge to his post-removal-order detention be DENIED as premature and that this petition be DISMISSED without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18th day of April, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE